0 . *
92.31 +
40.61 +
132.92 +

# 60417

# UNCLAIMED FUNDS

**NOVEMBER 12, 2009**

05-61404   EDWARD MORRISON
CREDITOR DID NOT CASH CHECK
CHECK #399734 FOR $92.31
BANK OF AMERICA
PO BOX 2278
NORFOLK, VA  23501-1178

05-65117   MICHAEL REO
CREDITOR DID NOT CASH CHECK
CHECK #399735 FOR $40.61
BANK OF AMERICA
PO BOX 2278
NORFOLK, VA  23501-2278

FILED 2009 NOV 13 PM 12:08
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

05-61404-rk   Doc 80   FILED 11/13/09   ENTERED 11/16/09 10:38:13   Page 1 of 1